FILED
SEP 0 4 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:19-mj-1106 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON P. RHEM. | ) | CRIMINAL INFORMATION |

The United States Attorney charges that:

On or about August 7, 2019, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JASON P. RHEM, did enter Marine Corps Air Station Cherry Point, a military installation, for a purpose prohibited by lawful regulation, to wit: entering the BT-9 Restricted Bombing Range Prohibited Area by boat, in violation of Title 18, United States Code, Section 1382.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/
GARRETT J. SWEENEY
Special Assistant U.S. Attorney
Criminal Division